UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Patricia Watkins,

    Plaintiff,                              Case No. 2:24-cv-1809

    v.                                      Judge Michael H. Watson

Joe Biden, *et al.*,                   Magistrate Judge Jolson

    Defendants.

## ORDER

The magistrate judge performed an initial screen of this case pursuant to 28 U.S.C. § 1915 and issued a Report and Recommendation ("R&R"), recommending the Court dismiss Plaintiff's Complaint for failure to state a claim. R&R, ECF No. 2.  The R&R notified Plaintiff of her right to object to the recommendation contained therein and warned Plaintiff that a failure to object would forfeit of the right to de novo review and the right to appeal the Court's adoption of the R&R.  *Id.* at 3–4.

The deadline for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R without further review and **DISMISSES** Plaintiff's Complaint.

    IT IS SO ORDERED.

                                                                         MICHAEL H. WATSON, JUDGE
                                                                         UNITED STATES DISTRICT COURT